ACCEPTED
15-25-00229-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/22/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

**CAUSE NO. 15-25-00229-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/22/2025 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § § § § § § § § § § § § | |
| Appellant, | | |
| v. | | IN THE COURT OF APPEALS FOR |
| JOHNSON & JOHNSON, KENVUE, INC.; and KENVUE BRANDS LLC (f/k/a JOHNSON & JOHNSON CONSUMER INC), | | THE 15TH DISTRICT OF TEXAS |
| Appellees. | | |

---

**THE STATE OF TEXAS'S NOTICE OF ELECTION UNDER TEX. R. APP. P. 34.5a**

---

Pursuant to Tex. R. App. P. 34.5a(a), Appellant The State of Texas, hereby provides notice of its election to file an Appendix in lieu of a Clerk's Record for this appeal. Appellant is filing notice of this election with the trial court, as well, in accordance with Tex. R. App. P. 34.5a(a).

Dated: December 21, 2025

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

Respectfully submitted,

**JOHNATHAN STONE**, Lead Counsel
Chief, Consumer Protection Division
Texas State Bar No. 24071779

**JERRY BERGMAN**
Deputy Chief, Consumer Protection Division
Texas State Bar No. 24081694

**KELLY OWENS**
Assistant Attorney General
Texas State Bar No. 24118105

Consumer Protection Division
Office of the Texas Attorney General
P.O. Box 12548
Austin, Texas 78711
Telephone: (512) 463-2185
Fax: (512) 473-8301
Johnathan.Stone@oag.texas.gov
Jerry.Bergman@oag.texas.gov
Kelley.Owens@oag.texas.gov

**Counsels for the State of Texas**

Ashley C. Keller (*pro hac vice*)
Keller Postman LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
ack@kellerpostman.com

*/s/ Lauren Schultz*
Lauren Schultz (TX Bar No. 24071496)
Keller Postman LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (312) 896-4516
lauren.schultz@kellerpostman.com

John J. Snidow (*pro hac vice*)
John M. Masslon II (*pro hac vice*)
Roseann R. Romano (*pro hac vice*)
Keller Postman LLC
1101 Connecticut Ave. NW
Suite 1100
Washington, DC 20036
Telephone: (202) 918-1123
jj.snidow@kellerpostman.com
john.masslon@kellerpostman.com
roseann.romano@kellerpostman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2025 a true and correct copy of the foregoing document has been served via the authorized electronic filing system on counsel of record for Appellees.

*/s/ Lauren Schultz*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marla Bernal on behalf of Lauren Schultz
Bar No. 24071496
marla.bernal@kellerpostman.com
Envelope ID: 109344110
Filing Code Description: Other Document
Filing Description: The State of Texas's Notice of Election Under Tex. R. App. P. 34.5a
Status as of 12/22/2025 7:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mike Scarcella | | mike.scarcella@tr.com | 12/21/2025 6:37:16 PM | SENT |
| Polly Razmidideh | | polly.razmdideh@kirkland.com | 12/21/2025 6:37:16 PM | SENT |
| Eugene Temchenko | | eugene.temchenko@kirkland.com | 12/21/2025 6:37:16 PM | SENT |
| Kim Bueno | | kim.bueno@kirkland.com | 12/21/2025 6:37:16 PM | SENT |
| Lauren Schultz | | lauren.schultz@kellerpostman.com | 12/21/2025 6:37:16 PM | SENT |
| Roseann Romano | | roseann.romano@kellerpostman.com | 12/21/2025 6:37:16 PM | SENT |
| John Masslon | | john.masslon@kellerpostmn.com | 12/21/2025 6:37:16 PM | SENT |
| John JSnidow | | jj.snidow@kellerpostman.com | 12/21/2025 6:37:16 PM | SENT |
| Ashley Keller | | ack@kellerpostman.com | 12/21/2025 6:37:16 PM | SENT |
| Sue Jennings | | sue.jennings@oag.texas.gov | 12/21/2025 6:37:16 PM | SENT |
| Jerry Bergman | | jerry.bergman@oag.texas.gov | 12/21/2025 6:37:16 PM | SENT |
| Emily Freeborn | | emily.freeborn@oag.texas.gov | 12/21/2025 6:37:16 PM | SENT |
| Steva Christian | | steva.christian@oag.texas.gov | 12/21/2025 6:37:16 PM | SENT |
| Brian Baggetta | | brian.baggetta@kirkland.com | 12/21/2025 6:37:16 PM | SENT |
| Roy Gilchrist | | roy.gilchrist@kirkland.com | 12/21/2025 6:37:16 PM | SENT |
| Tracey Holland | | tracey.holland@kirkland.com | 12/21/2025 6:37:16 PM | SENT |
| Emory Woodruff | | emory.woodruff@kirkland.com | 12/21/2025 6:37:16 PM | SENT |
| Griffin Vail | | griffin.vail@kirkland.com | 12/21/2025 6:37:16 PM | SENT |
| Gary Vogt | | gary.vogt@kirkland.com | 12/21/2025 6:37:16 PM | SENT |
| Ben ArnoldsenCrawford | | ben.arnoldsencrawford@kirkland.com | 12/21/2025 6:37:16 PM | SENT |